Submitted on record and briefs June 3, award of restitution vacated and remanded for recalculation; otherwise affirmed July 8, 2004

In the Matter of
Jaymeson Ontiveros, a Youth.

STATE ex rel MALHEUR COUNTY
JUVENILE DEPARTMENT,
*Respondent,*

*v.*

Jaymeson ONTIVEROS,
*Appellant.*

7329J-02; A120803

93 P3d 98

Stuart S. Spring and Emily Kropf, Certified Law Student, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jill Smith, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

## PER CURIAM

Youth appeals a judgment finding that he is within the jurisdiction of the juvenile court because he committed acts that, if he were an adult, would constitute first-degree criminal mischief. He challenges the legal sufficiency of the state's proof. We reject that challenge without further discussion. He also challenges the trial court's imposition of an award of restitution in the amount of $1,379.70. He contends that the estimate of damages on which the award was based was inaccurate and included costs for items that were not causally related to the damage that he inflicted. The state concedes that the restitution order may not be supported by the record and asks that the case be remanded for a recalculation of restitution. We accept the state's concession.

Award of restitution vacated and remanded for recalculation; otherwise affirmed.